Matter of Anderson (2023 NY Slip Op 04809)

Matter of Anderson

2023 NY Slip Op 04809

Decided on September 28, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 28, 2023

PM-221-23
[*1]In the Matter of Lindsey Nicole Anderson, an Attorney. (Attorney Registration No. 5977392.)

Calendar Date:September 25, 2023

Before:Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ.

Lindsey Nicole Anderson, Mesa, Arizona, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Lindsey Nicole Anderson was admitted to practice by this Court in 2022 and lists a business address in Mesa, Arizona with the Office of Court Administration. Anderson now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Anderson's application.
Upon reading Anderson's affidavit sworn to July 28, 2023 and filed August 8, 2023 and upon reading the September 20, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Anderson is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ., concur.
ORDERED that Lindsey Nicole Anderson's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Lindsey Nicole Anderson's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Lindsey Nicole Anderson is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Anderson is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Lindsey Nicole Anderson shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.